# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT AT ROANOKE VA. - FILED

MAR 2 6 2008

JOHN F. CORCORAN, CLERK
BY: /s/ , DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| v. ) | |
| Marshall Ray Peters ) | Case No: 7:05CR00066-001 |
|  ) | USM No: 11537-084 |
| Date of Previous Judgment: April 20, 2006 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __78__ months **is reduced to** __75 months*__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __13__    Amended Offense Level: __12**__
Criminal History Category: __III__    Criminal History Category: __III__
Previous Guideline Range: __18__ to __24__ months    Amended Guideline Range: __15__ to __21__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):

*This sentence consists of 15 months imprisonment as to Count One and 60 months as to Count Two, to run consecutive to the sentence on Count One.
**The recalculated total offense level is 12 instead of 11, because only two points may be awarded for acceptance of responsibility when the subtotal offense level is 14 or less.

### III. ADDITIONAL COMMENTS

The factors listed in 18 U.S.C. § 3553(a) having been considered, the government's objections to the reduction are overruled.

Except as provided above, all provisions of the judgment dated __April 20, 2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 26, 2008

Judge's signature

Effective Date: _____
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title